# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN


## NO. 03-05-00632-CR


**Jesse Edmon Washington, Appellant**

**v.**

**The State of Texas, Appellee**


**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NO. 2030206, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**


## M E M O R A N D U M   O P I N I O N


Appellant's brief was due November 28, 2005. Appellant's retained attorney, Mr. J. W. Howeth, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The district court is ordered to conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if he is not indigent, whether retained counsel has abandoned the appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If appellant desires to prosecute this appeal but is indigent, the court shall appoint substitute counsel who will effectively represent appellant on appeal. A record from this hearing, including copies of all findings and orders and a transcription

of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than February 3, 2006. Rule 38.8(b)(3).

_____

David Puryear, Justice

Before Justices B. A. Smith, Patterson and Puryear

Filed: January 6, 2006

Do Not Publish